MASON COUNTY AUTOMOBILE DEALERS ASSOCIATION *v.* HANSEN.

This case is controlled by *Cadillac Auto Dealers* v. *DeClerk, ante,* 20.

Appeal from Mason; Neal (Max E.), J. Submitted June 15, 1955. (Docket No. 51, Calendar No. 46,520.) Decided October 11, 1955.

Bill by Mason County Automobile Dealers Association, a voluntary association, against Edward O. Hansen, Henning Runquist and James M. Hare, Secretary of State, to enjoin the establishment of a branch office for the sale of automobile license plates upon the premises of a licensed automobile dealer. Order to show cause entered. Motion to dismiss denied. Defendants appeal. Affirmed and remanded.

*Eugene Christman,* for plaintiff.

*Thomas M. Kavanagh,* Attorney General, *Edmund E. Shepherd,* Solicitor General, and *Maurice M. Moule,* Assistant Attorney General, for defendants.

REID, J. This case is governed by our decision in the case of *Cadillac Auto Dealers* v. *DeClerk, ante,* 20.

In the instant case, the trial judge appropriately denied defendants' motion to dismiss. The order appealed from is affirmed and the case is remanded to the trial court for further proceedings. No costs, a

public question concerning the statutes being involved.

Carr, C. J., and Butzel, Smith, Sharpe, Boyles, and Dethmers, JJ., concurred.

Kelly, J., did not sit.